J. M. WILSON ET AL. v. BOARD OF COMMISSIONERS OF GUILFORD COUNTY ET AL.

(Filed 16 March, 1927.)

**Appeal and Error—Statutes—Repealing Statutes—Constitutional Law.**

The later repeal of a statute attacked for its alleged unconstitutionality renders unnecessary the decision of the Supreme Court on the facts of this case.

CIVIL ACTION, before *Lyon, J.,* at March Term, 1926, of GUILFORD. This action was instituted to test the constitutionality of chapter 559, Public-Local Laws of 1925. From judgment, declaring the act unconstitional, the defendants appeal.

*King, Sapp & King for plaintiffs.*
*James J. Hoge and E. S. Parker, Jr., for defendants.*

PER CURIAM. Since this case was argued in this Court, chapter 559, Public-Local Laws of 1925, was repealed by House Bill 53, Senate Bill 114, duly enacted by the General Assembly of 1927. The question therefore presented by the record is now merely academic and the decision thereof by this Court would be a useless performance, and the appeal is

Dismissed.